## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Fernando D. Rice,

    Petitioner,

        v.                                    Case No.  1:06cv815

Warden, Lebanon Correctional Institution,        Judge Michael R. Barrett

    Respondent.

## ORDER

    This matter is before the Court on the Magistrate Judge's Report and Recommendation filed March 14, 2008 (Doc. 27).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  <u>See United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's Report and Recommendation have been filed.

    Having reviewed this matter <u>de novo</u> pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation to be correct.

    Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**.  Petitioner's Motion for Relief from Judgment (Doc. 22) is **DENIED**.  This action remains closed.

    **IT IS SO ORDERED.**

                                                        <i>S/Michael R. Barrett</i>

bac     April 7, 2008                                      Michael R. Barrett, Judge
                                                          United States District Court